426 A.2d 91

**ABRAMS, INC., Appellant,**

v.

**The REDEVELOPMENT AUTHORITY OF the CITY OF PHILADELPHIA.**

Supreme Court of Pennsylvania.

Argued Jan. 26, 1981.

Filed March 13, 1981.

Herbert S. Levin and Alex Satinsky, Philadelphia, for appellant.

Francis J. Moran, Philadelphia, for appellee.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## OPINION

PER CURIAM

The appeal is dismissed having been improvidently granted.

NIX, J., dissents.